AO 109 (Rev. 12/09) Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

FILED
JAN 19 2010
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

| | |
|---|---|
| In the Matter of the Seizure of<br>*(Briefly describe the property to be seized)*<br>ALL PROCEEDS ON DEPOSIT IN ANY AND ALL BANK ACCOUNTS AND CD'S, IN NAME OF DIANE SHAFER, AT BRANCH BANKING & TRUST | )<br>)<br>)   Case No. 2:10-mj-00004<br>)<br>) |

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the _____Southern_____ District of _____West Virginia_____ be seized as being subject to forfeiture to the United States of America. The property is described as follows:

that is, any and all proceeds on deposit in any and all bank accounts and certificates of deposit, in the name of Diane E. Shafer or on which she is a joint owner, at Branch Banking & Trust (BB&T), up to the total of $1.36 million, including but not limited to the following: checking account no. ******6061, account no. ******1820, account no. ******4279, and certificate of deposit account no. ******8611.

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before _____Jan. 28, 2010_____
                                                                                                                                                                                                                                                                                                                                                                                                                                                 *(not to exceed 14 days)*

☑ in the daytime – 6:00 a.m. to 10:00 p.m.          ☐ at any time in the day or night, as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to United States Magistrate Judge _____Mary E. Stanley_____.
                                                                                                                                                                       *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*  ☐ for _____ days *(not to exceed 30)*.

                                                                ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   _____Jan. 14, 2010 1:24 pm_____                 _____Mary E. Stanley_____
                                                                                                                                                                *Judge's signature*

City and state:   _____Charleston, West Virginia_____                  _____MARY E. STANLEY, U.S. MAGISTRATE JUDGE_____
                                                                                                                                                       *Printed name and title*

AO 109 (Rev. 12/09)  Warrant to Seize Property Subject to Forfeiture (Page 2)

| Return |||
|---|---|---|
| Case No.: <br> 2:10-mj-00004 | Date and time warrant executed: <br> 1/15/2010 ; 1:00pm | Copy of warrant and inventory left with: <br> Angela Branham |
| Inventory made in the presence of: <br> Darren Cox, FBI Special Agent |||
| Inventory of the property taken: <br> One (1) BB&T Official Check, check number 5001957586, dated 1/15/2010, payable to US Marshals Service, in the amount of $176,710.58. |||

| Certification |
|---|
| I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge. <br><br> Date: 1/19/2010                         _____ <br>                                                                        Executing officer's signature <br><br>                                                          FBI SA James F Lafferty II <br>                                                             Printed name and title |